PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN R. HEISSE (SBN 134964)
john.heisse@pillsburylaw.com
ERICA N. TURCIOS (SBN 271655)
erica.turcios@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:     (415) 983-1000
Facsimile:     (415) 983-1200

Attorneys for Defendant
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

**FILED**
JAN 24 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of WHCI Plumbing Supply Co., a California corporation,<br><br>                              Plaintiff,<br><br>     vs.<br><br>MCCARTHY BUILDING COMPANIES, INC., FEDERAL INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>                              Defendants. | Case No. C 12-06270 HRL<br><br>E-FILING<br>ORDER RE<br>JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

Pursuant to Civil Local Rule 6-1(a) of the United States District Court, Northern District of California, Use Plaintiff WHCI PLUMBING SUPPLY COMPANY ("WHCI") and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers"), HEREBY STIPULATE, through their respective counsel of record, as follows:

1. WHEREAS, WHCI filed the within complaint on or about December 11, 2012;

1  2. WHEREAS Travelers received a copy of the summons in this action on December 27, 2012;

3.  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Travelers has until January 17, 2013 to answer or otherwise respond to the complaint;

4.  WHEREAS, WHCI and Defendant MCCARTHY BUILDING COMPANIES, INC. are working to resolve the underlying dispute, along with third parties who must be involved in its resolution and are optimistic that the dispute will be fully resolved by March, 2013;

5.  WHEREAS, counsel for WHCI and Defendants have conferred regarding Defendants' response date and have agreed that Defendants shall have up to and including March 12, 2013 to answer or otherwise respond to the complaint; and,

6.  WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by Court order;

7.  WHEREAS, pursuant to Civil Local Rule 6.1(a), no court order is required to effect this Stipulated Extension.

THEREFORE, WHCI and Travelers stipulate that Defendants shall have up to and including March 12, 2013 to answer or otherwise respond to the complaint.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

1  Dated: January 17, 2013

2
                                                                PILLSBURY WINTHROP SHAW PITTMAN LLP
3                                                                  ERICA N. TURCIOS
                                                                Four Embarcadero Center, 22nd Floor
4                                                                  San Francisco, CA 94111

5                                                                 By  /s/ Erica Turcios
                                                                Attorneys for Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
6

7

8

9  Dated: January 17, 2013

10                                                               LAW OFFICE OF WILLIAM F. BURNS
                                                               WILLIAM F. BURNS
11                                                                699 Peters Avenue, Suite B
                                                               Pleasanton, CA 94566

12

13                                                                By _____
                                                               Attorneys for Use Plaintiff WHCI PLUMBING SUPPLY CO.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Dated: January 17, 2013

2                                       PILLSBURY WINTHROP SHAW
                                          PITTMAN LLP
3                                       ERICA N. TURCIOS
                                        Four Embarcadero Center, 22nd Floor
4                                       San Francisco, CA 94111

5                                       By _____
                                          Attorneys for Defendant TRAVELERS
6                                         CASUALTY AND SURETY
                                          COMPANY OF AMERICA
7

8

9  Dated: January 17, 2013
                                        LAW OFFICE OF WILLIAM F. BURNS
10                                      WILLIAM F. BURNS
                                        699 Peters Avenue, Suite B
11                                      Pleasanton, CA 94566

12
                                        By _____
13                                        Attorneys for Use Plaintiff WHCI
                                          PLUMBING SUPPLY CO.
14

15

16  THE INITIAL CASE MANAGEMENT CONFERENCE SET FOR MARCH 19,
17  2013 IS CONTINUED TO APRIL 23, 2013, 1:30 P.M. ALL RELATED
18  DEADLINES IN THE COURT'S ORDER SETTING INITIAL CASE MANAGEMENT
19  CONFERENCE AND ADR DEADLINES (DKT. NO. 5) ARE ADJUSTED
20  ACCORDINGLY.

21  IT IS SO ORDERED:

                                        HOWARD B. LLOYD
                                        U.S. MAGISTRATE JUDGE
                                        DATE: 1/24/13