1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN R. HEISSE (SBN 134964)
2   john.heisse@pillsburylaw.com
    ERICA N. TURCIOS (SBN 271655)
3   erica.turcios@pillsburylaw.com
    Four Embarcadero Center, 22nd Floor
4   San Francisco, CA  94111
    Telephone:    (415) 983-1000
5   Facsimile:    (415) 983-1200

6   Attorneys for Defendant
    TRAVELERS CASUALTY AND SURETY
7   COMPANY OF AMERICA

8

**FILED**

JAN 24 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12   _____

13   UNITED STATES OF AMERICA, for the     )   Case No. C 12-06270 HRL
     use of WHCI Plumbing Supply Co., a    )
14   California corporation,               )
                                           )   E-FILING
15                        Plaintiff,       )   ORDER RE
                                           )   JOINT STIPULATION EXTENDING
16        vs.                              )   TIME TO ANSWER OR OTHERWISE
                                           )   RESPOND TO COMPLAINT
17   MCCARTHY BUILDING COMPANIES,          )
     INC., FEDERAL INSURANCE COMPANY,      )
18   and TRAVELERS CASUALTY AND            )
     SURETY COMPANY OF AMERICA,            )
19                                         )
                         Defendants.       )
20   _____

21        Pursuant to Civil Local Rule 6-1(a) of the United States District Court, Northern

22   District of California, Use Plaintiff WHCI PLUMBING SUPPLY COMPANY ("WHCI")

23   and Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

24   ("Travelers"), HEREBY STIPULATE, through their respective counsel of record, as

25   follows:

26        1.      WHEREAS, WHCI filed the within complaint on or about December 11,

27   2012;

28

704055540v1

- 1 -

JOINT STIPULATION EXTENDING TIME TO
ANSWER OR OTHERWISE RESPOND TO
COMPLAINT
C 12-06270 HRL

1      2.     WHEREAS Travelers received a copy of the summons in this action on

2  December 27, 2012;

3      3.     WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A),

4  Travelers has until January 17, 2013 to answer or otherwise respond to the complaint;

5      4.     WHEREAS, WHCI and Defendant MCCARTHY BUILDING

6  COMPANIES, INC. are working to resolve the underlying dispute, along with third parties

7  who must be involved in its resolution and are optimistic that the dispute will be fully

8  resolved by March, 2013;

9      5.     WHEREAS, counsel for WHCI and Defendants have conferred regarding

10  Defendants' response date and have agreed that Defendants shall have up to and including

11  March 12, 2013 to answer or otherwise respond to the complaint; and,

12      6.     WHEREAS, this stipulation will not alter the date of any event or any

13  deadline already fixed by Court order;

14      7.     WHEREAS, pursuant to Civil Local Rule 6.1(a), no court order is required

15  to effect this Stipulated Extension.

16      THEREFORE, WHCI and Travelers stipulate that Defendants shall have up to and

17  including March 12, 2013 to answer or otherwise respond to the complaint.

18

19  [REMAINDER OF PAGE INTENTIONALLY BLANK]

20

21

22

23

24

25

26

27

28

1    Dated: January 17, 2013

2                                              PILLSBURY WINTHROP SHAW
                                                   PITTMAN LLP
3                                              ERICA N. TURCIOS
                                               Four Embarcadero Center, 22nd Floor
4                                              San Francisco, CA  94111

5                                              By ___/s/ Erica Turcios_____
                                                   Attorneys for Defendant TRAVELERS
6                                                  CASUALTY AND SURETY
                                                   COMPANY OF AMERICA
7

8

9    Dated: January 17, 2013

10                                             LAW OFFICE OF WILLIAM F. BURNS
                                               WILLIAM F. BURNS
11                                             699 Peters Avenue, Suite B
                                               Pleasanton, CA 94566
12

13                                             By _____
                                                   Attorneys for Use Plaintiff WHCI
14                                                 PLUMBING SUPPLY CO.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: January 17, 2013

2                                       PILLSBURY WINTHROP SHAW
                                             PITTMAN LLP
3                                       ERICA N. TURCIOS
                                        Four Embarcadero Center, 22nd Floor
4                                       San Francisco, CA 94111

5                                       By _____
                                           Attorneys for Defendant TRAVELERS
6                                          CASUALTY AND SURETY
                                           COMPANY OF AMERICA
7

8

9   Dated: January 17, 2013

                                        LAW OFFICE OF WILLIAM F. BURNS
10                                      WILLIAM F. BURNS
                                        699 Peters Avenue, Suite B
11                                      Pleasanton, CA 94566

12
                                        By _____
13                                         Attorneys for Use Plaintiff WHCI
                                           PLUMBING SUPPLY CO.
14

15

16      THE INITIAL CASE MANAGEMENT CONFERENCE SET FOR MARCH 19,

17   2013 IS CONTINUED TO APRIL 23, 2013, 1:30 P.M. ALL RELATED

18   DEADLINES IN THE COURT'S ORDER SETTING INITIAL CASE MANAGEMENT

19   CONFERENCE AND ADR DEADLINES (DKT. NO. 5) ARE ADJUSTED

20   ACCORDINGLY.

21                    IT IS SO ORDERED:

22

23

24                    HOWARD R. LLOYD
                      U.S. MAGISTRATE JUDGE
25                    DATE: __1/28/13__

26

27

28

704055540v1                              - 3 -        JOINT STIPULATION EXTENDING TIME TO
                                                      ANSWER OR OTHERWISE RESPOND TO
                                                             COMPLAINT
                                                            C 12-06270 HRL